UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TERRELL MICKLES,

                Plaintiff,

     -against-

BILL GATES, et al.,

                Defendants.

22-CV-4890 (LTS)

CIVIL JUDGMENT

     Pursuant to the order issued June 13, 2022, dismissing the complaint,

     IT IS ORDERED, ADJUDGED, AND DECREED that the complaint is dismissed without prejudice under the Prison Litigation Reform Act's "three-strikes" rule. *See* 28 U.S.C. § 1915(g). Plaintiff continues to be barred from filing any civil action under the *in forma pauperis* (IFP) statute while a prisoner unless Plaintiff is under imminent danger of serious physical injury. *See* 28 U.S.C. § 1915(g).

     The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:    June 13, 2022
           New York, New York

                        /s/ Laura Taylor Swain
                        LAURA TAYLOR SWAIN
                     Chief United States District Judge